**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6345

DOUGLAS ALAN JARVIS,

             Petitioner - Appellant,

      v.

PATRICIA R. STANSBERRY, Warden of the Federal Correctional
Complex in Petersburg, Virginia,

             Respondent - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:07-cv-00094-RAJ-TEM)

Submitted:  July 31, 2008          Decided:  August 20, 2008

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Douglas Alan Jarvis, Appellant Pro Se.  George Maralan Kelley, III,
Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Alan Jarvis appeals the district court's order denying his motion for contempt. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's order. <u>Jarvis v. Stansberry</u>, No. 2:07-cv-00094-RAJ-TEM (E.D. Va. filed Feb. 19 & entered Feb. 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>